**Opinion issued October 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00629-CV

———————————

**SAN LUCAS APARTMENTS, LLC, Appellant**

**V.**

**FRONTIER UTILITIES LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1235189**

---

## MEMORANDUM OPINION

Appellant San Lucas Apartments, LLC has filed an unopposed motion to dismiss the appeal because the parties have resolved their dispute. We grant the motion.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.